FILED
 2009 Mar-23  AM 11:25
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**OKEY GARRY OKPALA,**        ]
                              ]
    **Plaintiff,**      ]
                              ]
**v.**                        ]        **2:08-CV-0391-VEH**
                              ]
**FEDERAL BUREAU OF**         ]
**PRISONS, et al.,**          ]
                              ]
    **Defendants.**     ]

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 16, 2009, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final

Judgment will be entered.

    **DONE** this the 23rd day of March, 2009.

                                                              **VIRGINIA EMERSON HOPKINS**
                                                              United States District Judge